# CLERK'S RESUME OF PROCEEDINGS
# CRIMINAL NON-JURY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE # 3:09-00089 |
| | ) | |
| VS. | ) | DATE: 8/6/2009 |
| | ) | |
| GORDON B. GRIGG | ) | COURT REPORTER: Peggy Turner |

TYPE OF PROCEEDING: SENTENCING HEARING

UNITED STATES ATTORNEY: John Webb
DEFENDANT'S ATTORNEY: Charles Mark Pickrell

INSTRUCTIONS AND DECISIONS OF THE COURT:

CLERK, U.S. DISTRICT COURT

<u>Betty Briggs-Jones</u>, Deputy Clerk

TIME: 1 ½ hours