UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion DENIED as MOOT.==

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:09-00089 |
| | ) | Judge Trauger |
| **GORDON B. GRIGG** | ) | |

## MOTION TO STRIKE DOCKET ENTRY 50

**COMES NOW** the Defendant, **Gordon B. Grigg**, by and through his undersigned counsel, and hereby moves this Honorable Court to strike Docket Entry 50 and permit the refiling of the Sentencing Position under seal for the reasons stated in the Motion for Leave. Docket Entry 49.

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200


BY:   s/ Kimberly S. Hodde
       KIMBERLY S. HODDE
       Attorney for Defendant Grigg

1