UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:09-cr-00089 |
| GORDON B. GRIGG, ) | Judge Trauger |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING

The United States of America, by and through undersigned counsel, hereby files the following attached documents:

1. August 20, 2013 letter from victim Rita Jorgensen.

        Respectfully submitted,

        DAVID RIVERA
        Acting United States Attorney for the
        Middle District of Tennessee


        **s/ *Cecil W. VanDevender***
        Cecil W. VanDevender
        Special Assistant United States Attorney
        110 9th Avenue South, Suite A-961
        Nashville, Tennessee 37203
        615-736-5151

## Certificate of Service

I hereby certify that on August 21, 2013, a true and exact copy of the foregoing document was delivered via the Court's electronic filing system to:

Kimberly S. Hodde
Hodde & Associates
40 Music Square East
Nashville, TN 37203

*s/ Cecil W. VanDevender*
Cecil W. VanDevender
Special Assistant United States Attorney